**Marc S. CASON, Sr., Plaintiff–Appellant,**

v.

**Richard WEEKS; Robert Thomas; Maryland Division of Corrections; E.M.S.A., Defendants–Appellees.**

No. 08–6839.

United States Court of Appeals, Fourth Circuit.

Submitted: July 22, 2008.

Decided: July 28, 2008.

Marc S. Cason, Sr., Appellant Pro Se.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**Marc S. CASON, Sr., Plaintiff–Appellant,**

v.

**M.D.P.S.C.S.; C.M.S., Defendants–Appellees.**

No. 08–6828.

United States Court of Appeals, Fourth Circuit.

Submitted: July 22, 2008.

Decided: July 28, 2008.

---

Marc S. Cason, Sr., Appellant Pro Se.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marc S. Cason, Sr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cason v. M.D.P.S.C.S.*, No. 1:08–cv–01108–CCB (D.Md. May 15, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*